Case 2:23-cv-10046-SJM-DRG ECF No. 1, PageID.1 Filed 01/09/23 Page 1 of 8

FILED - LN
December 22, 2022 10:14 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:__eod_/_____ SCANNED BY /LJ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

1:22-cv-1215
Ray Kent
Magistrate Judge

GARRETT M.J. TAUF SOREZO #107933

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.) Former Name Melvin Frazier JR

v.

Lucian Grainge - Universal Music, one Film

Ken Yashida - Sony Music, one Film

Yolanda Lopez - Voices of America Broadcasting

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

**COMPLAINT**
*(Print Clearly)*

I. **Previous Lawsuits**
   **CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☑ No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.
      Eastern District of Michigan

   2. Is the action still pending? Yes ☑ No ☐
      a. If your answer was no, state precisely how the action was resolved: _____

   3. Did you appeal the decision? Yes ☐ No ☐
   4. Is the appeal still pending? Yes ☑ No ☐
      a. If not pending, what was the decision on appeal? _____

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☑
      a. If so, explain: All while monitored by SPACEY, NASA AND the White House. THE Jury will be prior regardless.

- 2 -

(W.D. Mich. Form – Last Revised: September 2021)

## II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff  GARRETT MW PHILIP SCRETO #107933

Place of Present Confinement  ISABELLA COUNTY JAIL

Address  207 N COURT ST MT. PLEASANT, MI 48858

Place of Confinement During Events Described in Complaint  ISABELLA County Jail

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1  LUCIAN GRAINGE

Position or Title  CEO OF UNIVERSAL MUSIC

Place of Employment  UNIVERSAL MUSIC & FILM

Address  ~~8th Ave~~ 1755 BROADWAY #6  New York NY 10019

Official and/or personal capacity?  personal capacity

Name of Defendant #2  KEN YOSHIDA

Position or Title  CEO OF SONY

Place of Employment  SONY music & Film

Address  ~~5th Ave~~ 25 MADISON AVE  New York, NY 10020

Official and/or personal capacity?  personal capacity

Name of Defendant #3  YOLANDA LOPEZ

Position or Title  Director of Broadcasting

Place of Employment  Voice of America Broadcasting

Address  330 INDEPENDENCE AVE SW WASHINGTON, DC 20237

Official and/or personal capacity?  ___

Name of Defendant #4  ___

Position or Title  ___

Place of Employment  ___

Address  ___

Official and/or personal capacity?  ___

Name of Defendant #5  ___

Position or Title  ___

Place of Employment  ___

Address  ___

Official and/or personal capacity?  ___



### III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

I am a President Relative. Related to George Washington, Zachary Taylor, James Madison, & Woodrow Wilson. I am also related to the Founders of America. - Christopher Columbus and Amerigo Vespucci. DNA Proves I am there Grand Child. The Defendants Ren Yahura, Lucius Cortins, Yohusa Lopez My Property Rights in this title of Copyright, Trademark, Patent; when it comes to Broadcasting nationwide. Other statues Racketeering Influencing and Corrupt Organization, Federal Tort Claims Act, misrepresentation. Tort and month of October 8/16/22 - current Negliance. Occurred while in Jail here - especially During October 2022 Halloween Then the Trademark and Copyright about my name MEL-VIN being used wrong in music, Film Blood Gore Yelling and Television Broadcast across America. Since Aug 16. 2022 - Screaming In July 2021 I got a name change from Melvin Frederick to Garrett Mo James. Because the way you pronce Mel then Vin wrong MEL my first prenuciation wrong saying of Murder, Male, muthafucker, melene, Smelling, female, Head, mail, email, mess, Disgusting, Junk, Swole, Swell watermelen, melon Head, water, melody. Everyday Broadcasting in music, TV, commercials, Film and Radio. Commercial about medications explaining symptoms, AND but sometimes Death and I got a Stomch condition that I take medication for. Also T.V Day/Night way too violent and has been reported. And silly bloopers and music about Head and Water. Music Artist occuring since rappers Bone Crusher in 1998, "2 or more Never fears song Attention 50 cent song I'll whip your Head Boy, Song We set the trend by Juelz Santana, Jim Jones, Nyger, Everyday music, Film & commercial Commercials about watermelon, water, Death of muthafuckers, Rage made a Jungle commercial Hint Beverage - watermelon All through tablets, Smart TV - Amazon fire, Apple TV, Roku TV And Podcasting - It misrepresentation, Negligence, Tort And

BACK ↓

compliant in D.C Broadcasting America

Another song on the radio "Fantasy" instrumental with another artist like Megan the Stallion song called "Melody". All kind of under ground artist coming out using those list of words I explained earlier. Example King Von, Lil Webbie, Lil Boosie, Jadakiss, Snoop Dog, Ben the Butcher, Kodak Black, Lil Wayne, etc. Aired through studio, radio, music, rythm, cord, record, telephone media, T.V about melody, muthafuckers, busting heads, cross words in that order. Which are sublimenal. I got a gap in my teeth I even hear that word gap. I lost relationship and a sex trade in my area. My machine works in Sony, Universal as a rapper and film. I am a signed able to enter the building. I am on there guest or employee list.

T.V show      I been in there studio in NYC
etc...        Before. They are apart of the
Chicago P.D   issue to. There artist and broadcasting.
CSI
NCIS          I complained to F.T.C Federal Trade
Chicago Fire  Commission for internet tele media
Law in order  and CD/DVD distribution. Trademark
Local News    and copyright against Sony and
Fox Network   Universal music and film. For
Lucifer       reason discribed in the description.
Chucky        Actions accountable by Lucian Grainge,
American Dad  Ken Yoshida, Yolanda Lopez

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

THIS complaint has been going through courts in Washington, D.C. I know the coral. That people can't stand the way television and music catergory has went up in violence and such vulgar language. Even though mine is a subliminal complaint. I agree with these people. Taking a similar approach. My guess is they probably were rewarded a relief. THIS is Not Frivolous or untrue. THIS Actually goes on For real. I object. People are upset about Broadcasting And what they show on Television. The Bloopers, Accident, Bloody, Gore, disarpotery words, shooting, violence harsh comments, gesture words about water, busting, And Discriminating words As I mentioned on page 1 in my Description.

I have also seen impasonating Rappers of my kind but Rap subliminal About me say for instance Rapper Da Baby with some music video with a mail usps truck Acting out in his music video. That Produces my First name Mel so called Marl. As in a Mail man, or mail carrier. And Back in 1995 New Orleans Based Cash Money Records Rapper "Turk" shot a mail man in the Cash Money Film "Baller Blockin".

Back ↓



They just had an outbreak because I am upcoming with looks and speed. And potentrial or becoming a star, to the Entertainment industry.

I object, about my relief being sought, because people have put comments about strange activity going on with MELVIN FRAZIER JR or GARRETT MD TALIF SORERO. You haven you will have your LIFE AND I CAN object the clerk of the court For All their corrupt matters. The complaints in washington D.C. are finalized and people have been rewarded. I feel You Discriminate for some reason. 1 AIN'T DEAD. still living. I ask that you take note of that. I AM A Relative of the Founders of America. Am not Just scraping for a Dollar. I had a car before and homes and have seen a million Dollars at the Department of Treasury in Denver, CO. I signed in there melvin frazier Jr back in 2018 or after with Lakewood, CO address Kipling St. I request the Jury paid either way it goes you will be PAID. I will have A government Job and a tower Built.

*Comment - I asked NFL CEO Roger Goodell to a attribute end position for a machine look a like with my name in this Jersey - He texted back. DEAL - That way I can't front him. He will play Bengals Football. Garrett's MJ Triple Sorenzo. I already Played w Aiken, Se. East Anker Chargers rosters

## IV. Relief

State briefly and precisely what you want the court to do for you.

I ask For Relief being sought $75,000 Jury Demand $50,000. I Also ask relief #2 to be released From Prison or Jail (Habeas Corpus) It was violent so I brought a gun also being approached, human sex trafficked so I brought a gun. I will be Presidential Canidate - Vice President under Bernie Sen Ron. J. This is immense to relieve. They can use my machine and new name Garrett MJ Triple Sorenzo Better. Better production Like I asked Roger Goodell for for the NFL. And text Ken Yoshino about movie & film. Sign me and Antwits. I got Talent

## V. Notice to Plaintiff Regarding Consent

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

[X] I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

[ ] I request that this case be assigned to a district judge.

Date: 12/10/22

Signature of Plaintiff

## NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -

(W.D. Mich. Form – Last Revised: September 2021)

Garrett MJ Talif Sobezo #107933
Isabella County Jail
207 N Court St
Mt. Pleasant, Mi 48858

GRAND RAPIDS MI
20 DEC 2022 PM 2
LEGAL MAIL
ZIP 48859 $ 000.81⁰
02 4W
0000375977 DEC 19 2022



Deputy Clerk
U.S Western District Court
of Michigan
113 Federal Bldg
315 W, Allegan St
Lansing, Mi 48933